RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio,<br><br>　　　　　Plaintiff,<br><br>Vs.<br><br>Antonio Aguilar, et al.,<br><br>　　　　　Defendants. | Case Number 19-3553 LB<br><br>NOTICE OF CONDITIONAL SETTLEMENT |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that plaintiff Jose Daniel Castillo-Antonio, and defendants Antonio Aguilar, Timothy Mom, and Capri Property Management LLC have entered into a written settlement agreement conditionally settling this action. The terms of this agreement contemplate the dismissal of the lawsuit with prejudice by plaintiff as against all defendants. The signatory parties expect to fulfill the terms of this settlement agreement on or before December 5, 2019. Plaintiff requests that all court actions and hearings be stayed until that date. Once the terms are fulfilled, Plaintiff will promptly file a Notice of Dismissal as to all defendants.

/s/ Richard A. Mac Bride

Richard A. Mac Bride, Law Offices of Richard A. Mac Bride, Attorney for Plaintiff

Date: October 21, 2019