```
RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio,<br><br>　　　　　Plaintiff,<br><br>Vs.<br><br>Antonio Aguilar, et al.,<br><br>　　　　　Defendants. | Case Number C-19-3553 LB<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER |

Plaintiff Jose Daniel Castillo-Antonio, and defendants Antonio Aguilar, Timothy Mom, and Capri Property Management LLC, by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendants Susan Zeme), hereby stipulate as follows:

1. Plaintiff entered into a Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants, all parties to bear their own respective attorney fees and costs.

2. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation to jointly request that the Court dismiss this action with prejudice.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio　　　　　　　　　　　11/18/2019

Law Office Susan Zeme – By: Susan Zeme /s/ Susan Zeme　　　　　　　　11/18/2019

Attorney for defendants Antonio Aguilar, Timothy Mom, and Capri Property Management LLC

-2-

## FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on November 18, 2019, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Susan Zeme, attorney for all defendants herein, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

-3-

[PROPOSED] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Jose Daniel Castillo-Antonio v. Antonio Aguilar, et al., Case No. C-19-3553 LB, is dismissed with prejudice, with each party to bear his or her or its own attorney's fees and costs.

Date: _____  _____

Laurel Beeler

United States Magistrate Judge